## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Reanna E. O'Hare being first duly sworn, do depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since March 2008. I am assigned to the FBI Nashville Division Johnson City Resident Agency and investigate violations of federal law in the Eastern District of Tennessee. Currently, I am on a Temporary Duty Assignment in Memphis, Tennessee working on the Memphis Safe Task Force.

2. As part of my daily duties, I investigate criminal violations relating to violent crimes included but not limited to narcotics trafficking, firearms trafficking, unlawful possession of firearms, crimes against children, and crimes involving criminal street gangs where its primary purposes the commission of one or more specific criminal offenses. I have also investigated crimes related to Title 21, United States Code, Section § 841 and Title 21, United States Code, Section 846 which involve crimes surrounding the illegal distribution of controlled substances, the possession of controlled substances with the intent to distribute them, and conspiracy to distribute controlled substances.

3. Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe that Sanchon Faren Dillup-Jones (Dillup-Jones) has violated Title 18 United States Code Section 111(a)(1) and United States Code Section 111(b), which makes it unlawful for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated as an officer or employee of the United States or of any agency in any branch of the United States Government while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties and whoever, in the commission of any acts described in subsection

(a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury.

4. The facts contained in this affidavit are based on firsthand knowledge or information learned during this investigation from other law enforcement sources or witnesses related to this investigation. The complaint does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause that Dillup-Jones violated Title 18 United States Code Sections 111(a)(1) and 111(b). Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

## Incident

5. On 4 November 2025 at approximately 9:03 p.m., Tennessee Highway Patrol (THP) Trooper Seth Candau observed a maroon Mitsubishi Mirage G4, bearing a Tennessee registration of "BQH6461" (Mirage), driving recklessly in the parking lot of a strip mall (939 Getwell Road, Memphis, Tennessee, 38111). While the Mirage was driving recklessly, there were pedestrians and approximately three to four cars present in the parking lot of the strip mall.

6. Trooper Candau initiated a traffic stop on the Mirage while in a marked THP vehicle equipped with emergency lights. The driver and sole occupant of the vehicle was later identified as Dillup-Jones.

7. Dillup-Jones refused to exit the Mirage upon Trooper Candau's request to do so. When Trooper Candau attempted to open the front driver-side door, Dillup-Jones began rolling up the front driver-side window and attempted to put the Mirage into drive. Trooper Candau reached inside of the front driver-side window and attempted to put the Mirage in park. With Trooper Candau's body partially inside of the Mirage, Dillup-Jones put the Mirage in drive and began

2

driving away from the traffic stop. Dillup-Jones drove approximately 50-60 feet while dragging Trooper Candau on road before Trooper Candau let go of the Mirage.

## Law Enforcement Officer's Uniforms and Vehicles

8.  During this incident, all law enforcement officer's clothing identified them as law enforcement. More specifically, the THP vehicle involved was identified with markings and emergency lights. The THP officers involved in the arrest were wearing equipment and/or clothing that clearly identified them as law enforcement.

## Photo of Trooper Candau



4

### Photograph of a THP Vehicle Involved in the Incident



### Injuries Sustained

9. After the incident concluded, Trooper Candau was complaining of knee pain and pain in his chest.

### Tennessee Highway Patrol Troopers status as deputized Federal Officers

10. Trooper Candau was deputized by the United States Marshals Service on 30 September 2025 in order to serve on the Memphis Safe Task Force.

### Western District of Tennessee Jurisdiction

11. The aforementioned incident occurred in the area of 939 Getwell Road, Memphis, Tennessee, 38111(Location). This Location is in the Western District of Tennessee.

## Conclusion

12. Based on my investigations, I believe there is probable cause to believe that Dillup-Jones committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant

Respectfully submitted,

Reanna E. O'Hare
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of November 2025, in Memphis, TN.

/s/ Charmiane G. Claxton
11:37 AM, Nov 6, 2025

Charmiane G. Claxton
United States Magistrate Judge
Western District of Tennessee